IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| ANGE DAVIS, individually and as Administrator of THE ESTATE OF JANIE MAE WASHINGTON, deceased,<br><br>Plaintiffs,<br><br>v.<br><br>GGNSC ADMINISTRATIVE SERVICES LLC d/b/a GOLDEN LIVING CENTER TIFTON,<br><br>Defendants. | CIVIL ACTION FILE NO. _____<br><br>(Removed from State Court of Tift County, State of Georgia, Civil Action No.: 2017CT040) |

## PETITION FOR REMOVAL

COMES NOW GGNSC Administrative Services LLC improperly identified as d/b/a Golden Living Center Tifton and hereby files this Petition for Removal, pursuant to the provisions of 28 U.S.C. §§ 1332, 1441, and 1446 et seq., and shows this Court the following:

1.

The present action was commenced by the Plaintiff in the State Court of Tift County. The suit is identified Ange Davis, individually and as Administrator of the Estate of Janie Mae Washington, deceased v. GGNSC Administrative Services

LLC d/b/a Golden Living Center Tifton, State Court of Tift County, Civil Action File No. 2017CT040.

2.

The Complaint was the initial pleading setting forth the claim for relief upon which this action is based.  (A true and correct copy of the Plaintiff's Summons, Complaint, Plaintiff's Rule 5.2 Certificate of Service, Sheriff's Entry of Service, Plaintiff's Notice of Filing Proof of Service, Plaintiff's Certificate of Service, Defendant's Answer and Defendant's Notice of Removal are attached hereto as Exhibit "A").  The earliest knowledge and first notice by Defendant, or its agents, of Plaintiff's Complaint was May 11, 2017.

3.

The filing of this Petition for Removal is timely in that it has been filed within thirty (30) days of the date of the Defendant first receiving notice of Plaintiff's Complaint.

4.

This action is of a civil nature.  The substance of Plaintiff's Complaint is that Golden LivingCenter Tifton, a long term care facility in which Janie Mae Washington was a resident, deviated from the standard of care in that Golden

LivingCenter Tifton's nursing staff failed to prevent Janie Mae Washington from developing wounds that caused Ms. Washington to become ill and die.

5.

Plaintiff is seeking damages for serious illness, injury, pain, suffering and death.

6.

Upon information and belief, Plaintiff is a citizen of the State of Georgia.

7.

Defendant GGNSC Administrative Services LLC improperly identified as d/b/a Golden Living Center Tifton is a Delaware limited liability company with its principal place of business in Texas.  GGNSC Administrative Services, LLC's sole member is GGNSC Holdings, LLC a Delaware limited liability company.  GGNSC Holdings, LLC's sole member is Drumm Merger Co. Sub, LLC, a Delaware limited liability company.  Drumm Merger Co. Sub, LLC's sole member is Drumm Merger Co.  Drumm Merger Co. is a Delaware corporation with its principal place of business in California.  Therefore, for purposes of diversity, GGNSC Administrative Services, LLC is a citizen of Delaware, California and Texas.

8.

There exists complete diversity among the parties who are presently before the Court.

9.

This Court has jurisdiction under 28 U.S.C. § 1332 and, therefore, this action is one which may be removed to this Court by the Petitioner/Defendant, pursuant to the provisions of 28 U.S.C. §§ 1441 and 1441(b), in that it is a civil action in which the amount in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is an action between citizens of different states.

WHEREFORE, Petitioner, GGNSC Administrative Services LLC improperly identified as d/b/a Golden Living Center Tifton, the named Defendant in the action described hereinabove which is currently pending in the State Court of Tift County, Civil Action File No. 2017CT040, prays that this action be removed therefrom to this Court.

*\*\*\*Date and signature on following page.\*\*\**

Respectfully submitted this 9th day of June, 2017.

**HAWKINS PARNELL THACKSTON & YOUNG** LLP

303 Peachtree Street, NE, Suite 4000
Atlanta, Georgia  30309
Tel:  (404) 614-7400
Fax: (404) 614-7500
dmarshall@hptylaw.com
dlevorse@hptylaw.com

/s/ Debra E. LeVorse
David C. Marshall
Georgia Bar No. 471512
Debra E. LeVorse
Georgia Bar No. 242229
*Counsel for GGNSC Administrative Services LLC improperly identified as d/b/a Golden Living Center Tifton*

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| ANGE DAVIS, individually and as Administrator of THE ESTATE OF JANIE MAE WASHINGTON, deceased,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>GGNSC ADMINISTRATIVE SERVICES LLC d/b/a GOLDEN LIVING CENTER TIFTON,<br><br>　　　　Defendants. | CIVIL ACTION FILE NO. _____<br><br>(Removed from State Court of Tift County, State of Georgia, Civil Action No.: 2017CT040) |

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day served a true and correct copy of the within and foregoing **PETITION FOR REMOVAL** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record, listed below, who are registered participants in the Court's electronic notice and filing system and each of whom may access said filing via the Court's CM/ECF System and by depositing same in the United States with sufficient postage affixed thereon and addressed as follows:

Robert L. Schenk II
Schenk Smith LLC
1126 Ponce de Leon Ave NE
Atlanta, GA  30306
*Counsel for Plaintiff*

Respectfully submitted this 9th day of June, 2017.

**HAWKINS PARNELL
THACKSTON & YOUNG** [LLP]

|  |  |
|---|---|
|  | */s/ Debra E. LeVorse* |
|  | David C. Marshall |
|  | Georgia Bar No. 471512 |
|  | Debra E. LeVorse |
| 303 Peachtree Street, NE, Suite 4000 | Georgia Bar No. 242229 |
| Atlanta, Georgia  30309 | *Counsel for GGNSC Administrative* |
| Tel:  (404) 614-7400 | *Services LLC improperly identified as* |
| Fax: (404) 614-7500 | *d/b/a Golden Living Center Tifton* |
| dmarshall@hptylaw.com |  |
| dlevorse@hptylaw.com |  |

2